ORDER
Appellant Gallegos’s Petition for Panel Rehearing is granted.
The first paragraph of the panel’s April 7, 2016 order is amended to read as follows:
The panel GRANTS IN PART Appellant Gallegos’s Motion for Stay and Partial Remand for Reconsideration in Light of Martinez v. Ryan, 566 U.S. 1, 132 S.Ct. 1309, 182 L.Ed.2d 272 (2012). On remand, the District Court shall consider Gallegos’s timely Martinez claim and, accordingly, determine whether he can show cause and prejudice to excuse the procedural default with respect to' his claim that counsel failed to investigate and present mitigating evidence of Gallegos’s alleged organic brain damage. See Dickens v. Ryan, 740 F.3d 1302, 1320 (9th Cir. 2014) (en banc). Gallegos’s request for a stay of appellate proceedings is denied as moot.
The second paragraph of-the April 7, 2016 order remains in effect.
The panel’s April 7, 2016 opinion affirming the denial of Appellant’s other habeas claim remains in force.
The Clerk shall issue the mandate seven days after the date of this order.-
*1124 No further petitions for rehearing or rehearing en banc shall be entertained.